UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY ROWLAND,

        Plaintiff,

   v.

LYDIA DIANNE BACA,

        Defendant.
_____/

No. C-10-5536 EMC

**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

    On December 15, 2010, this Court issued an Order Granting Plaintiff's Application to Proceed In Forma Pauperis, dismissing complaint with leave to amend, and ordered Plaintiff to file his amended complaint by January 31, 2011.

    On January 31, 2011, Mr. Rowland did not file an amended complaint, however, this Court received numerous e-mails and attachments from stnrevenge@yahoo.com. This Court will not consider the contents of the e-mails and will not include them in the Court's file. Nor will it consider them a substitute for a properly filed complaint.

    It is hereby ordered that Plaintiff's deadline to file a formal amended complaint is extended to February 8, 2011. Any Amended Complaint shall be filed at U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102. Failure to file said complaint will result in dismissal of the case with prejudice.

    IT IS SO ORDERED.

Dated: February 1, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODNEY ROWLAND,

        Plaintiff,

  v.

LYDIA DIANNE BACA et al,

        Defendant.

Case Number: CV10-05536 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Rowland
42 Parson Street
San Francisco, CA 94118

also e-mailed to: stnrevenge@yahoo.com

Dated: February 1, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2